In the Matter of the Application of CAPITOL NATIONAL CORPORATION, for a Voluntary Dissolution. JACOB STEINBERG and CAPITOL NATIONAL CORPORATION,

Appellants; DAVID STEINBERG, Respondent.— In view of the disposition of the appeal in *Matter of Capitol National Corporation* [*post*, p. 773], decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.